# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MEDEIROS, | CASE NO. 1:12-cv-01484-AWI-BAM |
| Plaintiff, | |
| v. | **ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THE LAW OFFICE OF KEVIN Z. SHINE, PLLC; DOES 1 through 10, inclusive, | |
| Defendants. | |

## ORDER

Pursuant to Rule 41(a)(1), the Court hereby grants Plaintiff Joseph Medeiros' request that all claims against Defendants The Law Office of Kevin Z. Shine, PLLC; Does 1 through 10, inclusive, be dismissed, with prejudice.

IT IS SO ORDERED.

Dated:   October 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE