IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MEDEIROS,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAW OFFICE OF KEVIN Z. SHINE, PLLC; DOES 1 through 10, inclusive,<br><br>    Defendants. | 1:12-CV-1484 AWI BAM<br><br>ORDER GRANTING MOTION TO VACATE DISMISSAL<br><br>ORDER VACATING JUNE 3, 2013 HEARING DATE<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1)<br><br>(Document #11 & #12) |

    On October 19, 2012, Plaintiff filed a notice of voluntary dismissal without prejudice regarding this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. On October 24, 2012, Plaintiff filed a proposed order of dismissal. However, this proposed order contained the phrase "dismissed, with prejudice". The same day, the Court signed Plaintiff's proposed order and dismissed this action with prejudice pursuant to Rule 41(a)(1).

    On April 19, 2013, Plaintiff filed a motion to vacate the dismissal with prejudice. Plaintiff requests the Court vacate the dismissal and correct it to be a dismissal without prejudice. Plaintiff's motion was set for hearing on June 3, 2013. On May 24, 2013, Defendant filed a notice of non-opposition to Plaintiff's motion to vacate and amend the dismissal.

    Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the District Court. Rule 60(b) permits the Court to relieve a party from a final order or judgment on grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; . . . or

(6) any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P. 60(b). The motion for reconsideration must be made within a reasonable time, in any event "not more than one year after the judgment, order, or proceeding was entered or taken." Id.

In this action, Plaintiff states that he mistakenly put the phrase "dismissed, with prejudice" in the proposed order. Plaintiff states he meant to use the phrase "dismissed without prejudice". Defendant has filed a notice in which Defendant states that he neither opposes Plaintiff's motion nor the Court's entry of an amended dismissal. Thus, the Court will grant Plaintiff's motion and amend the Court's dismissal order in this action.

Therefore, the Court ORDERS that:

1. Plaintiff's motion to vacate the dismissal order is GRANTED;
2. The October 24, 2012 order is VACATED;
3. Based on the parties' briefs, this action is DISMISSED WITHOUT PREJUDICE;
4. The previously set hearing date of June 3, 2013 is VACATED as unnecessary; and
5. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   May 30, 2013                    _____
                                          SENIOR DISTRICT JUDGE